Nicole T. Castiglione, Esq.
Frank T.M. Catalina, Esq.
ROLNICK KRAMER SADIGHI LLP
300 Executive Drive, Suite 275
West Orange, New Jersey 07052
(212) 597-2800
ncastiglione@rksllp.com
fcatalina@rksllp.com

Mark T. Stancil, Esq. (admitted *pro hac vice*)
Christopher DiPompeo, Esq. (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006-1238
(202) 303-1133
mstancil@willkie.com
cdipompeo@willkie.com

*Counsel for Excluded First Lien Lenders*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>MULTI-COLOR CORPORATION, *et al.*,<br><br>Debtors. | |
| CROSS-HOLDER AD HOC GROUP,<br><br>Appellant,<br><br>v.<br><br>MULTI-COLOR CORPORATION,<br><br>Appellee. | Case No. 3:26-cv-01061-ZNQ |
| EXCLUDED FIRST LIEN LENDERS,<br><br>Appellant,<br><br>v.<br><br>MULTI-COLOR CORPORATION,<br><br>Appellee. | Case No. 3:26-cv-01152-ZNQ |

**ORDER GRANTING APPELLANTS' MOTION TO CONSOLIDATE**

Upon the motion of the Excluded First Lien Lenders (the "Motion") for an order

consolidating the appeal filed by the Excluded First Lien Lenders (Case No. 26-cv-01152) with

the appeal filed by the Cross-Holder Ad Hoc Group (Case No. 26-cv-01061), both arising from the *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Bankr. Dkt. No. 106] (the "Interim DIP Order"), entered by the United States Bankruptcy Court for the District of New Jersey on February 2, 2026; and the Court having reviewed the Motion and any responses thereto; and the Court finding that consolidation is appropriate and in the interests of judicial economy; it is hereby,

It is, on this 6th day of April 2026, **ORDERED THAT:**

1.      The Motion to Consolidate (ECF No. 9) is GRANTED.

2.      The appeal filed by the Excluded First Lien Lenders (Case No. 26-cv-01152) and the appeal filed by the Cross-Holder Ad Hoc Group (Case No. 26-cv-01061) are hereby consolidated for all purposes, with 26-01152 designated as the lead case and  26-01061 marked as CLOSED. The parties shall file all submissions on the docket for the lead case.

3.      The consolidated opening brief of the Excluded First Lien Lenders and the Cross-Holder Ad Hoc Group shall be filed on April 20, 2026.

4.      All subsequent briefing deadlines shall be calculated from the filing date of the consolidated opening brief in accordance with the applicable rules.

5.      The Court retains jurisdiction to hear and determine all matters arising from or related to this Order.

6.       The Movants shall serve a copy of this Order within five (5) days of entry.

s/ Zahid N. Quraishi<br>
The Honorable Zahid N. Quraishi<br>
United States District Judge

2